UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JOSEPH ANGEL GIRON,<br><br>               Defendant. | Case No. 21-428 MLP<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

    Count 1:    Supervised Release Violations

<u>Date of Detention Hearing</u>: July 23, 2021

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Mr. Giron poses a risk of nonappearance due to his history of failing to appear and absconding from supervision, substance abuse, mental health history, and noncompliance on supervision. Mr. Giron was also not interviewed and therefore his updated background and ties to this District and the District of Oregon are unknown. Mr. Giron poses a risk of danger due to a history of violence and a

DETENTION ORDER - 1

pattern of similar criminal activity.

2. Mr. Giron stipulated to detention.

3. Based on these findings, and for the reasons stated on the record, there are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Mr. Giron as required or ensure the safety of the community, pending his initial appearance in the District of Oregon.

IT IS THEREFORE ORDERED:

(1) Mr. Giron shall be detained pending initial appearance in the District of Oregon and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Giron shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Giron is confined shall deliver the Mr. Giron to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Giron, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 23rd day of July, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge